IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are covered persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTELLA INTELLIGENCE, INC., RICHARD ROES 1–10, *fictitious names of unknown individuals* and ABC COMPANIES 1–10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:24-cv-10571<br><br>**MOTION OF DEFENDANT CONSTELLA INTELLIGENCE, INC., TO JOIN AND/OR INTERVENE IN JOINT PETITION FOR PERMISSION TO APPEAL** |

Defendant, Constella Intelligence, Inc. ("Defendant-Constella"), by and through its undersigned counsel, hereby moves this Honorable Court for an order granting Defendant-Constella permission to join and/or intervene in the petition to appeal filed jointly by 61 similarly situated defendants-petitioners in 39 other closely related matters (the "Joint Petition").

On November 18, 2024, Defendant-Constella filed its Notice of Removal to the United States District Court for the District of New Jersey (See Exhibit A, attached hereto). The same day, the case was assigned to Judge Harvey Bartle, III (E.D.P.A.) for all further proceedings, as Judge Bartle is the judge who was designated by Chief Judge Michael A. Chagares for handling all cases filed by Plaintiffs involving allegations of violations of Daniel's Law pending in the District of New Jersey.

On November 20, 2024, following motion practice that preceded service of the Plaintiffs' Complaint upon Defendant-Constella, and therefore did not involve Defendant-Constella, the

1

District of New Jersey issued an Order remanding the 39 other closely related matters to the Superior Court of New Jersey, along with an accompanying Opinion (See Exhibit B and B-1, respectively, attached hereto). The Joint Petition followed on December 2, 2024 (See Exhibit C, Document 1-1 on the instant docket (without exhibits), attached hereto).

On December 10, 2024, following a status conference the day prior, the District of New Jersey issued an Order remanding the instant matter, Atlas Data Privacy Corporation, et al. v. Constella Intelligence, Inc., to the Superior Court of New Jersey, for the same reasons stated in its November 20, 2024 Order and Opinion (See Exhibit D, attached hereto). In essence, given that Defendant-Constella is similarly situated to the defendants subject to the November 20, 2024 Order—both in terms of its citizenship (most notably, Delaware) and the bases for its Notice of Removal (diversity jurisdiction under 28 U.S.C. § 1332(a) and/or jurisdiction under the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1441(a)-(b), and 1453)—the District Court included Defendant-Constella within its previous order, explaining that the same reasoning underlying that Order also applies to Defendant-Constella, which Defendant-Constella does not dispute, given that, had Defendant-Constella simply been served with the Complaint sooner, its matter would have been included among the 39 other closely related matters subject to the November 20, 2024 Order.

In light of Defendant-Constella's precise alignment with the other defendants-petitioners on these legal issues, which arise, for all intents and purposes, from the same lower court action, Defendant-Constella adopts entirely all arguments made in the Joint Petition without modification and, therefore, it is respectfully submitted that the within motion be granted, as it furthers the interests of judicial economy and results in no prejudice to Plaintiffs.

Respectfully submitted,

**KAUFMAN DOLOWICH LLP**
*Attorneys for Defendant, Constella Intelligence, Inc.*

By: *[signature: Christopher Nucifora]*

Christopher Nucifora, Esq.
Timothy M. Ortolani, Esq.
25 Main Street, Suite 500
Hackensack, New Jersey 07601
(201) 708-8207
(201) 708-8244
cnucifora@kaufmandolowich.com
tortolani@kaufmandolowich.com

Dated:   January 8, 2025
         Hackensack, New Jersey