# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CONSTELLA INTELLIGENCE, INC., et al. | : : | NO. 24-10571 |

ORDER

AND NOW, this 10th day of December 2024, after a status conference with counsel, it is hereby ORDERED that the above action is remanded to the Superior Court of New Jersey, Essex County for the reasons stated in the court's November 20, 2024 Memorandum and Order in <u>Atlas Data Privacy Corp. v. CarCo Grp. Inc.</u> Civil Action No. 24-4077 (D.N.J. filed Nov. 20, 2024) (ECF 76, 77).

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.