**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> BLACKBAUD, INC., et al., <br><br> Defendants-Petitioners. | Case No. 24-8044 |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firms of Saul Ewing LLP and Cooley LLP hereby consent to the substitution of Troutman Pepper Locke LLP as attorneys for Defendants-Petitioners Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd. in the above-captioned case.

| **TROUTMAN PEPPER LOCKE LLP** <br> Superseding Attorneys <br><br> */s/ Angelo A. Stio III* <br> Angelo A. Stio III <br> Melissa A. Chuderewicz <br> Stephanie L. Jonaitis <br> Suite 400 <br> 301 Carnegie Center <br> Princeton, NJ 08540-6227 <br> Telephone: (609) 951-4125 <br> Email: angelo.stio@troutman.com <br> melissa.chuderwicz@troutman.com <br> stephanie.jonaitis@troutman.com | **SAUL EWING LLP** <br> Withdrawing Attorneys <br><br> */s/ William C. Baton* <br> William C. Baton <br> Sarah A. Sullivan <br> Alexander L. Callo <br> One Riverfront Plaza <br> 1037 Raymond Blvd. <br> Newark, NJ 07102-5426 <br> (973) 286-6700 <br> Email: wbaton@saul.com <br> sarah.sullivan@saul.com <br><br> -and- |

| | |
|---|---|
| Dated: January 29, 2025 | **COOLEY LLP**<br>Matthew D. Brown (admission pending)<br>Bethany C. Lobo (admission pending)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>E-mail: brownmd@cooley.com<br>           blobo@cooley.com<br><br>Dated: January 29, 2025 |

307259947v1